# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    Docket No. 2:15-MJ-1036-1BO

EMILY L. TANKARD

       On December 7, 2015, the above named was placed on a term of probation for a period of 14 months. On July 11, 2016, a modification order was entered by the court wherein the defendant was directed to satisfy all terms of probation by August 1, 2016. Furthermore, if the defendant is in full compliance the probation officer shall submit a motion to the court terminating supervision. The offender is currently in full compliance with the conditions of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing
                                                                            is true and correct.

/s/ Dwayne K. Benfield                         /s/ Melissa K. Gonigam
Dwayne K. Benfield                              Melissa K. Gonigam
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                             201 South Evans Street, Rm 214
                                                             Greenville, NC 27858-1137
                                                            Phone: (252) 830-2345
                                                            Executed On: August 1, 2016

## ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____2_____ day of _____August_____, 2016.

_____
Terrence W. Boyle
U.S. District Judge